# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 26-1054**                                    **September Term, 2025**

**FAA-NOTAM-FDC 6/4375**

**Filed On: March 19, 2026** [2164355]

Robert Levine,

       Petitioner

      v.

Federal Aviation Administration,

       Respondent

## O R D E R

The petition for review in this case was filed and docketed on March 16, 2026, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioner submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | April 20, 2026 |
| Docketing Statement Form | April 20, 2026 |
| Procedural Motions, if any | April 20, 2026 |
| Statement of Intent to Utilize Deferred Joint Appendix | April 20, 2026 |
| Statement of Issues to be Raised | April 20, 2026 |
| Underlying Decision from Which Appeal or Petition Arises | April 20, 2026 |
| Dispositive Motions, if any | May 4, 2026 |

It is

**FURTHER ORDERED** that respondent submit the documents listed below by the dates indicated.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-1054**                    **September Term, 2025**

| | |
|---|---|
| Entry of Appearance Form (Attorneys Only) | April 20, 2026 |
| Procedural Motions, if any | April 20, 2026 |
| Certified Index to the Record | May 4, 2026 |
| Dispositive Motions, if any | May 4, 2026 |

It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

    The Clerk is directed to transmit to respondent a copy of this order and a copy of the petition for review.

                            **FOR THE COURT:**
                            Clifton B. Cislak, Clerk

             BY:     /s/
                            Elbert B.J. Lestrade
                            Deputy Clerk

The following forms and notices are available on the Court's website:

    Agency Docketing Statement Form
    Entry of Appearance Form
    Request to Enter Appellate Mediation Program (Optional)
    Notice Concerning Expedition of Appeals and Petitions for Review
    Stipulation to be Placed in Stand-By Pool of Cases (Optional)