# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-1054**                              **September Term, 2025**

**FAA-NOTAM-FDC 6/4375**

**Filed On: March 19, 2026** [2164356]

Robert Levine,

       Petitioner

   v.

Federal Aviation Administration,

       Respondent

## N O T I C E

This case was docketed on March 16, 2026. The Federal Aviation Administration is hereby notified that the attached is a true copy of the petition for review, which was filed on March 16, 2026, in the United States Court of Appeals for the District of Columbia Circuit, in the above-captioned case.

The Clerk is directed to transmit a copy of this notice, along with the petition for review, to respondent.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
     Elbert B.J. Lestrade
     Deputy Clerk

Attachment:
   Certified Copy of Petition for Review