# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Levine

**v.**

FAA

**Case No:** 26-1054

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ◉ Gov't counsel

for the ○ Appellant(s)/Petitioner(s)  ◉ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Federal Aviation Administration

### Counsel Information

Lead Counsel: Sarah Clark Griffin

Direct Phone: ( 202 )  305-8727  Fax: (____) _____-_____    Email: sarah.c.griffin@usdoj.gov

2nd Counsel:  Daniel Tenny

Direct Phone: ( 202 )  514-1838  Fax: (____) _____-_____    Email: daniel.tenny@usdoj.gov

3rd Counsel:

Direct Phone: (____) _____-_____  Fax: (____) _____-_____    Email:

Firm Name:  U.S. Department of Justice, Civil Division, Appellate Staff

Firm Address: 950 Pennsylvania Ave NW, Washington DC, 20530

Firm Phone:  (____) _____-_____  Fax: (____) _____-_____    Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)