# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CHECKLIST FOR EMERGENCY MOTIONS

Type of motion: Stay pending review  When will it be filed? Date: 04/10/2026  Time: 12:00PM

Disposition needed by: Date: 05/01/2026  Time: 5:00PM  Why? Irreparable First Amendment harm

Will the motion be served by hand? ○ Yes ◉ No  If not, why not? Served via CM/ECF

Date of Lower Court/Agcy Decision: 01/16/2026  When will copies be provided to the court? 04/09/2026

Status of Lower Court/Agency proceedings: Final

Any hearings scheduled? ○ Yes ◉ No  When? N/A

Status of motion for stay/injunction pending appeal filed with lower court or agency? No action; sought 3/31

Is there a case pending in USCA now? ◉ Yes ○ No  Case No. and Caption: Levine v. FAA, 26-1054

When will disclosure statements be filed? 04/10/2026

If a Notice of Appeal or Petition for Review has not been filed, when will one be? Already filed

Brief description of the case: (What is happening & when?):
Photojournalist challenges flight restriction banning drone flights within 3,000 feet of DHS vehicles; compliance impossible because locations not verifiable, will prevent Petitioner documenting May 3 event.

Name of counsel: Grayson Clary

Office #: (202) 795-9300  Home #: (914) 417-8693  Fax #: (202) 795-9310

Name of opposing counsel: Sarah C. Griffin

Office #: (202) 305-8727  Home #: ( ) -  Fax #: ( ) -

Comments:
Clerk's office informed by phone; Petitioner has discussed this motion with opposing counsel by phone and by email.

**FOR CLERK'S OFFICE USE ONLY** Deputy Clerk: ____________ Date: ________

Who is notified in LD? ____________ Time: ________

## ROUTING

Staff Attorney Assigned: ____________ Other: ____________

Clerk ____ Ch. Deputy Clerk ____ LD Office ____ Team Leader ____ Supv/Op Unit ____ Intake ____



Save  Reset Form  Print Form