No. 26-1054

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

ROBERT LEVINE,

*Petitioner*,

v.

FEDERAL AVIATION ADMINISTRATION,

*Respondent.*

On Petition for Judicial Review Pursuant to 49 U.S.C. § 46110(a)

## NOTICE OF WITHDRAWAL OF MOTION
## FOR INTERIM RELIEF

Grayson Clary
  *Counsel of Record*
Adam A. Marshall
Renee Griffin
REPORTERS COMMITTEE FOR
  FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, D.C. 20005
Telephone: (202) 795-9300
Facsimile: (202) 795-9310

## NOTICE OF WITHDRAWAL OF MOTION
## FOR INTERIM RELIEF

On April 10, Petitioner moved this Court for an emergency stay of the temporary flight restriction ("TFR") noticed in Notice to Airmen ("NOTAM") No. 6/4375, originally issued on January 16, 2026.  *See* Mot. for Interim Relief at 1.  On April 16, counsel for the FAA notified Petitioner's counsel that the FAA has withdrawn NOTAM No. 6/4375 and replaced it with NOTAM No. 6/2824, which no longer prohibits the future flights described in Petitioner's Motion.  *See* Ex. A.  In light of that development, this Court's action on an emergency basis is no longer necessary.  Petitioner therefore withdraws his Motion for Interim Relief.[1]

Dated: April 16, 2026

/s/ *Grayson Clary*
Grayson Clary
  *Counsel of Record*
Adam A. Marshall
Renee Griffin
REPORTERS COMMITTEE FOR
  FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
 Washington, D.C. 20005
 Telephone: (202) 795-9300
 Facsimile: (202) 795-9310

---

[1]      To the extent Respondent believes that the withdrawal of the challenged TFR also moots the Petition, Petitioner intends to oppose any such suggestion of mootness.

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2026, I electronically filed the foregoing Notice of Withdrawal of Motion for Interim Relief with the U.S. Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system.

Date: April 16, 2026

/s/ *Grayson Clary*
Grayson Clary
*Counsel of Record*
*for Petitioner*

2

# EXHIBIT A

# Federal Aviation Administration

!FDC 6/2824 FDC PART 1 OF 2 SECURITY NOTICE...NATIONAL SECURITY ADVISORY FOR
UNMANNED AIRCRAFT SYSTEM (UAS) OPERATIONS IN PROXIMITY TO SELECT COVERED MOBILE ASSETS NATIONWIDE. THIS NOTAM REPLACES NOTAM FDC 6/4375.

UAS OPERATORS ARE ADVISED TO AVOID FLYING IN PROXIMITY TO:
DEPARTMENT OF WAR (DOW), DEPARTMENT OF ENERGY (DOE), DEPARTMENT OF JUSTICE (DOJ), AND DEPARTMENT OF HOMELAND SECURITY (DHS) COVERED MOBILE ASSETS AS DEFINED IN 10 U.S.C. 130I, 10 U.S.C. 6227, AND 6 U.S.C 124N, INCLUDING GROUND VEHICLE CONVOYS AND THEIR ASSOCIATED ESCORTS.

UAS OPERATORS WHO FLY WITHIN THIS AIRSPACE ARE WARNED THAT PURSUANT TO 10 U.S.C. 130I, 10 U.S.C. 6227, AND 6 U.S.C 124N, DOW, DOE, DOJ, OR DHS MAY TAKE ACTION THAT RESULTS IN THE INTERFERENCE, DISRUPTION, SEIZURE, DAMAGING, OR DESTRUCTION OF UNMANNED ACFT DEEMED TO POSE A CREDIBLE SAFETY OR SECURITY THREAT TO COVERED MOBILE ASSETS.

UAS  OPERATORS SHOULD THEREFORE EXERCISE CAUTION WHEN FLYING IN PROXIMITY OF ALL DOW, DOE, DOJ AND DHS MOBILE ASSETS.
2604151730-PERM
END PART 1 OF 2
!FDC 6/2824 FDC PART 2 OF 2 SECURITY NOTICE...NATIONAL SECURITY ADVISORY FOR
IF YOU HAVE GENERAL QUESTIONS REGARDING UAS OPERATIONS, PLEASE REFER TO WWW.FAA.GOV/UAS/CONTACT_US; OR CONTACT THE FAA VIA EMAIL AT UASHELP@FAA.GOV OR PHONE AT (844) FLY-MY-UA.
2604151730-PERM
END PART 2 OF 2


-----End of PDF Report.-----