[ORAL ARGUMENT NOT YET SCHEDULED]

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE D.C. CIRCUIT

ROBERT LEVINE,

*Petitioner*,

v.

FEDERAL AVIATION ADMINISTRATION,

*Respondent*.

No. 26-1054

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE CERTIFIED INDEX OF ADMINISTRATIVE RECORD

The government respectfully requests a 14-day extension of the deadline for the certified index of the administrative record. Petitioner does not oppose this request.

1. The Federal Aviation Administration (FAA) imposed a temporary flight restriction on January 16, 2026, in Notice to Airmen No. 6/4375. Robert Levine petitioned for review of that Notice. The FAA has since rescinded the Notice.

2. The certified index of the administrative record is currently due May 4, 2026. No previous extension of this deadline has been sought.

3. There is good cause for the requested extension. Sarah Griffin, who has primary responsibility for this case, will be on leave the week of April 26. And Daniel Tenny, who is the supervisor on this case, has been on leave the week of April 20.

4. Petitioner does not oppose the requested relief.

For the foregoing reasons, the Court should grant the government a 14-day extension, to and including May 18, 2026, to file the certified index.

Respectfully submitted,

DANIEL TENNY

*/s/ Sarah Clark Griffin*
SARAH CLARK GRIFFIN
 *Attorneys, Appellate Staff*
 *Civil Division, Room 7216*
 *U.S. Department of Justice*
 *950 Pennsylvania Avenue NW*
 *Washington, D.C. 20530*
 *(202) 305-8727*
 *sarah.c.griffin@usdoj.gov*

APRIL 2026

# CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it contains 163 words.

*/s/ Sarah Clark Griffin*
SARAH CLARK GRIFFIN

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2026, I electronically filed the foregoing motion with the Clerk of the Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Sarah Clark Griffin*
SARAH CLARK GRIFFIN

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to D.C. Circuit Rule 28(a)(1)(a), the undersigned counsel certifies as follows:

### A. Parties

Petitioner is Robert Levine. Respondent is the Federal Aviation Administration.

### R. Rulings Under Review

Petitioner challenges Notice to Airmen No. 6/4375, issued January 16, 2026, and filed on the docket for this case on April 20, 2026.

### C. Related Cases

Counsel is not aware of any pending cases raising the same or similar issues presented on appeal here, nor was this case previously before this Court or any other court.

*/s/ Sarah Clark Griffin*
SARAH CLARK GRIFFIN
