# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-1054**                                    **September Term, 2025**

**FAA-NOTAM-FDC 6/4375**

**Filed On: April 28, 2026** [2170907]

Robert Levine,

      Petitioner

    v.

Federal Aviation Administration,

      Respondent

**O R D E R**

Upon consideration of respondent's unopposed motion to extend time to file certified index of administrative record, it is

**ORDERED** that the motion be granted. The certified index is now due May 18, 2026.

                    **FOR THE COURT:**
                    Clifton B. Cislak, Clerk

          BY:    /s/
                    Katy M. Bartelma
                    Deputy Clerk