[ORAL ARGUMENT NOT YET SCHEDULED]

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE D.C. CIRCUIT

|  |  |
|---|---|
| ROBERT LEVINE,<br><br>*Petitioner*,<br><br>v.<br><br>FEDERAL AVIATION ADMINISTRATION,<br><br>*Respondent*. | No. 26-1054 |

## RESPONDENT'S NOTICE OF FILING THE
## CERTIFIED INDEX OF RECORD

Pursuant to the Court's order of April 28, 2026, Federal Rule of Appellate

Procedure 17(b)(1)(B), and Circuit Rule 17(b), respondent files this Notice and

the attached Certified Index of Record. In addition to the items enumerated in

the certified index of record, respondent intends to file a declaration to further

explain the challenged NOTAM. *See Rhea Lana, Inc. v. United States*, 925 F.3d

521, 524-25 (D.C. Cir. 2019).

Respectfully submitted,

DANIEL TENNY

*/s/ Sarah Clark Griffin*
SARAH CLARK GRIFFIN
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7216*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, D.C. 20530*
  *(202) 305-8727*
  *sarah.c.griffin@usdoj.gov*

MAY 2026

# CERTIFICATION OF THE INDEX OF RECORD

I, the undersigned, Brett D. Weingold, Manager, Appellate Practice, Aviation Litigation Division, ACG-300, Office of the Chief Counsel, Federal Aviation Administration (FAA), do hereby certify, that to the best of my knowledge, the documents and materials listed herein are a true, correct, and complete list of the materials constituting the record concerning the Notice to Airmen challenged in the above-captioned matter. The record consists of the following:

1. Notice to Airmen 6/4375 (January 16, 2026)

2. Email exchange between Air Force and FAA Air Traffic Organization regarding existing NOTAMs (January 15, 2026)

FAA also intends to prepare and file a declaration further explaining the challenged NOTAM.


Dated: May 15, 2026                    */s/* Brett D. Weingold
                                       Brett D. Weingold
                                       Manager, Appellate Practice
                                       Aviation Litigation Division, AGC-300
                                       Office of the Chief Counsel
                                       Federal Aviation Administration

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2026, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Sarah Clark Griffin
SARAH CLARK GRIFFIN