# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 26-1054**                                                    **September Term, 2025**

**FAA-NOTAM-FDC 6/4375**

**Filed On: June 9, 2026** [2177657]

Robert Levine,

        Petitioner

    v.

Federal Aviation Administration,

        Respondent

## O R D E R

Upon consideration of respondent's unopposed motion for extension of time to file its brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Petitioner's Brief | July 30, 2026 |
| Appendix | July 30, 2026 |
| Respondent's Brief | August 31, 2026 |
| Petitioner's Reply Brief | September 21, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
        Michael C. McGrail
        Deputy Clerk