ORAL ARGUMENT NOT YET SCHEDULED

No. 26-1054

**IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT**

ROBERT LEVINE,

*Petitioner*,

v.

FEDERAL AVIATION ADMINISTRATION,

*Respondent*.

On Petition for Judicial Review Pursuant to 49 U.S.C. § 46110(a)

# CONSENT MOTION FOR EXTENSION OF TIME TO FILE PETITIONER'S OPENING BRIEF

For the reasons set forth herein, Petitioner respectfully moves for an extension of time to file his opening brief—currently due on July 30, 2026—to and including August 28, 2026. Respondent consents to the relief sought by this motion.

1. On March 16, 2026, Petitioner Robert Levine filed a petition for review in this action challenging the Temporary Flight Restriction

noticed by Respondent, the Federal Aviation Administration, in Notice to Airmen No. 6/4376 (the "NOTAM").

2. On May 18, 2026, Respondent filed the Certified Index of Record in this action. That filing explained that "respondent intends to file a declaration to further explain the challenged NOTAM." Resp't's Notice of Filing the Certified Index of Record at 1 (citing *Rhea Lana, Inc. v. United States*, 925 F.3d 521, 524–5 (D.C. Cir. 2019)).

3. In connection with the parties' discussions about preparing the appendix in this matter, counsel for Respondent previously informed counsel for Petitioner that Respondent anticipated finalizing the referenced declaration no later than the end of June.

4. On the basis of that representation, Petitioner previously moved the Court for a 30-day extension of time, to and including July 30, to file his opening brief. Petitioner's motion noted that, absent an extension, he would be unable to address the agency's principal explanation for the challenged action until his reply brief, frustrating the presentation of the case to the Court. *See* Petitioner's Unopposed Mot. to Extend Time to File Brief (Jun. 8, 2026). Respondent did not oppose Petitioner's motion.

5. The Court granted Petitioner's motion on June 9, 2026.

6. Under the current briefing schedule, Petitioner's opening brief is due July 30, 2026; Respondent's answering brief is due August 31, 2026; and Petitioner's reply brief is due September 21, 2026.

7. On July 1, Petitioner's counsel contacted counsel for Respondent inquiring as to the status of the declaration. Respondent's counsel replied that the declaration was not yet ready but that Respondent anticipated providing the declaration no later than July 10.

8. On July 10, Respondent's counsel informed counsel for Petitioner that the declaration would not be provided that day due to an "unexpected delay." Petitioner's counsel asked for a date certain by which Respondent would provide its declaration.

9. On July 15, counsel for Respondent communicated that the declaration would be provided no later than July 31.

10. Accordingly, Petitioner respectfully requests an extension of time to and including August 28, 2026 to file his opening brief. Petitioner respectfully submits that an extension will conserve the resources of the Court and the parties by permitting Petitioner to

address the relevance of Respondent's forthcoming declaration in Petitioner's opening brief.

11. Because oral argument is not yet scheduled in this matter, Petitioner's requested extension would not affect the oral argument schedule, and Petitioner respectfully submits that no party would be prejudiced by the requested extension. Respondent consents to the relief sought by this motion.

12. This is Petitioner's second request for an extension of time to file a brief or pleading in this matter. Pursuant to D.C. Circuit Rule 28(e)(2), this relief is sought more than 7 days before the deadline to file Petitioner's opening brief.

## CONCLUSION

For the reasons given herein, Petitioner respectfully requests an extension of time, to and including August 28, 2026, to file his opening brief.

Dated: July 15, 2026

/s/ Grayson Clary
Grayson Clary
*Counsel of Record*
Adam A. Marshall
Renee Griffin
REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020

Washington, D.C. 2000
Telephone: (202) 795-9300
Facsimile: (202) 795-9310

## CERTIFICATE OF COMPLIANCE

I hereby certify that this Consent Motion for Extension of Time to File Petitioner's Opening Brief complies with Circuit Rule 27(a)(2) and Federal Rule of Appellate Procedure 27(d)(1)–(2) because it contains 549 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f) and Circuit Rule 32(e)(1), and it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

Dated: July 15, 2026

/s/ Grayson Clary
Grayson Clary
*Counsel of Record For Petitioner*